1  STEPHEN P. BERZON (SBN 46540)
   PETER D. NUSSBAUM (SBN 49682)
2  PEDER J. THOREEN (SBN 217081)
   ALTSHULER BERZON LLP
3  177 Post Street, Suite 300
   San Francisco, CA  94108
4  Telephone:  (415) 421-7151
   Facsimile:  (415) 362-8064
5  sberzon@altshulerberzon.com
   pnussbaum@altshulerberzon.com
6  pthoreen@altshulerberzon.com

7  Attorneys for Defendant
   INTERNATIONAL BROTHERHOOD OF TEAMSTERS

*IT IS SO ORDERED*
*Judge James Ware*
1/21/2011

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GRANITE ROCK COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS,<br><br>　　　　Defendant. | Case No. 10-3718-JW<br><br>**NOTICE OF PARTIES' STIPULATED MODIFICATION TO BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR ATTORNEYS' FEES AND EXPENSES**<br><br>Date:　February 28, 2011<br>Time:　9:00 a.m.<br>Place:　Courtroom 8, 4th Floor<br>Judge:　Hon. James Ware |

Notice of Stipulated Modification to Briefing Schedule; Case No. C 10-3718 JW

**NOTICE OF PARTIES' STIPULATED MODIFICATION TO BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR ATTORNEYS' FEES AND EXPENSES**

On December 8, 2010, Defendant International Brotherhood of Teamsters ("International") filed its pending motion for attorneys' fees and expenses. This motion was set for hearing on February 28, 2011, which was the first available hearing date. The International hereby gives notice to the Court that the International and Plaintiff Granite Rock Company ("Granite Rock") have agreed to the following modifications to the briefing schedule:

Granite Rock shall file its opposition, if any, on or before 5:00 p.m. on January 26, 2011;

The International shall file its reply, if any, on or before February 14, 2011.

These dates are consistent with Civil Local Rule 7-3, as any opposition will be filed not less than 21 days before the hearing date, and any reply will be filed not less than 14 days before the hearing date. Civ. L.R. 7-3(a), (c).

Dated: January 14, 2011                    Respectfully submitted,

                                           STEPHEN P. BERZON (SBN 46540)
                                           PETER D. NUSSBAUM (SBN 49682)
                                           PEDER J. THOREEN (SBN 217081)
                                           ALTSHULER BERZON LLP


                                           By: /s/ *Peter D. Nussbaum*
                                                   Peter D. Nussbaum
                                                   Attorneys for Defendant